# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

UNITED STATES OF AMERICA

v.

BABAK MOGHADAS,

Defendant.

3:24-cr-00142-MO

WRIT OF HABEAS
CORPUS *AD PROSEQUENDUM*

TO:    Superintendent, Oregon Department of Corrections

Pursuant to Chapter 153, Title 28, United States Code, you are directed to deliver the body of above named defendant, Babak Moghadas, SID#8701875, a prisoner in your custody currently being housed at South Fork Camp, 48300 Wilson River Hwy, Tillamook, OR 97141, 503-842-7213, to the United States Marshal for the District of Oregon, or his duly authorized Deputy, who is hereby directed to produce said prisoner before this court on April, 1 2026 at 10:00 a.m., for the purpose of change of plea, or other proceedings.

//

//

//

**Writ of Habeas Corpus *Ad Prosequendum***                              **Page 1**

It is further ordered that the defendant shall remain in the custody of the United States Marshal for the District of Oregon until the conclusion of this case.

Dated: March 30, 2026



_John A Russo_
HONORABLE JOLIE A. RUSSO
United States Magistrate Judge

Presented by:

SCOTT E. BRADFORD
United States Attorney

_/s/ Bryan Chinwuba_
BRYAN CHINWUBA, ILSB #6323733
Assistant United States Attorney